# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELEANOR DUDA o/b/o
ANTHONY DUDA (deceased)

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

CASE NUMBER: C08-5582BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The Administrative Law Judge's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

| | |
|---|---|
| August 11, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |