# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELEANOR DUDA o/b/o
ANTHONY DUDA (deceased)

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5582BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $8,351.90, costs in the sum of $350.00, and expenses in the sum of $27.06.

   December 18, 2009                                                  BRUCE RIFKIN
Date                                                                        Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk